# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Jamiea Johnson,

\* From the 161st District
Court of Ector County,
Trial Court No. B-133,396.

Vs. No. 11-12-00227-CV

\* August 22, 2013

Marvin Marchella Harris,

\* Memorandum Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Jamiea Johnson.